AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### ───── MIDDLE DISTRICT OF PENNSYLVANIA ─────
## JUDGMENT IN A CIVIL CASE

Jared Jones                                          Case No: 1:16-CV-1535

       Plaintiff

               V.

Nancy A. Berryhill, Acting Commissioner          Judge Christopher C. Conner
of Social Security

       Defendant

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.**  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgement is entered in favor of the Plaintiff, Jared Jones, and against the Commissioner of Social Security. The Commissioner's decision is VACATED and this matter is REMANDED to the Commissioner with instructions to conduct a new administrative hearing, develop the the record fully, and evaluate the evidence appropriately in accordance with this order and the report (Doc. 20) of Magistrate Judge Carlson.

**Date:** September 27, 2017          **Peter Welsh, Clerk of Court**

/s/ Mark J. Armbruster
Deputy Clerk