# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JARED JONES,** | : | **CIVIL ACTION NO. 1:16-CV-1535** |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **NANCY A. BERRYHILL**, Acting Commissioner of Social Security, | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 14th day of November, 2017, upon consideration of the aforestated Stipulation (Doc. 25), it is hereby ORDERED that Plaintiff, Jared Jones, is awarded Four Thousand Seven Hundred Eighty-Two dollars and no cents ($4,782.00) in attorney fees under the EAJA. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the government that Plaintiff owes no qualifying, pre-existing debt(s) to the government. If such a debt(s) exists, the government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

       /S/ CHRISTOPHER C. CONNER
       Christopher C. Conner, Chief Judge
       United States District Court
       Middle District of Pennsylvania