# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JARED JONES,** | : | CIVIL ACTION NO. 1:16-CV-1535 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **NANCY A BERRYHILL,** | : | |
| Defendant | : | |

## **ORDER**

AND NOW, this 7th day of May, 2019, upon consideration of plaintiff's motion (Doc. 27) for attorney's fees pursuant to §206(b)(1) of the Social Security Act, 42 U.S.C §406(b)(1), and there being no objection by counsel for the Defendant, it is hereby ORDERED as follows:

1. The Court authorizes a payment to Stephen J. Hogg, Esquire in the amount of Nineteen Thousand Fifty-Three dollars ($19,053.00), in attorney's fees being withheld from Plaintiff's past-due benefits for court related services; and

2. Upon receipt of this sum, Mr. Hogg shall remit Four Thousand Seven Hundred Thirty-Eight dollars and Eighty-eight cents ($4,738.88) directly to Plaintiff, representing the sum already paid to Mr. Hogg on Plaintiff's behalf pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania